IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF FLORIDA
(MIAMI DIVISION)

Valerie Joseph
  Plaintiff(s),

vs.                CASE NO.:

Edenberry Properties, LLC
  Defendant(s).

_____/

## COMPLAINT

COMES NOW, the Plaintiff Valerie Joseph (hereinafter "Plaintiff"), and files this lawsuit against the Defendant insurance company, Edenberry Properties, LLC ("Defendant"):

### General Allegations Applicable to all Counts

1. This is an action within the jurisdiction of this Court as the amount in controversy exceeds $75,000.00 exclusive of interest, costs, and attorney's fees pursuant to 28 U.S. Code § 1332(a), and this action is between citizens of different States as

   a. Edenberry Properties, LLC is a foreign corporation with its principal place of business in New York State.

   b. Plaintiff is a citizen and resident of Florida.

2. Therefore, this Court has jurisdiction over this matter pursuant to 28 U.S. Code § 1332(a).

3. Venue is proper in the Southern District of Florida pursuant to 28 U.S. Code § 1391(b), because it is where a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

4. Jurisdiction by this Court over the Edenberry Properties, LLC is proper as Edenberry Properties, LLC transacts business and is registered to do business in the State of Florida.

5. At all times material Edenberry Properties, LLC operated, owned, controlled, leased, and maintained an office building located at 1251 NW 36th St. Miami, FL 33142 ("the subject premises"), which was open to the general public.

6. At all times material Plaintiff was on the subject premises for the purpose of conducting business as she was an employee who worked in the building, and therefore was entitled to the legal status of a business invitee.

## COUNT I

### (Negligence)

7. Plaintiff repeats and re-alleges paragraphs 1-6.

8. At all times material, Edenberry Properties, LLC owed Plaintiff the following nondelegable duties to:

   a. Use ordinary care in keeping the premises in a reasonably safe condition;

   b. Conduct reasonable maintenance and repairs of the property;

   c. correct dangerous conditions of which Edenberry Properties, LLC knew or should reasonably have known;

   d. give timely notice of patent, latent and/or concealed perils which were known or should have been known to Edenberry Properties, LLC, but that were not known to the Plaintiff;

   e. to protect her against unreasonable risk of physical harm, and

   f. to exercise reasonable care in the performance of all duties and responsibilities undertaken gratuitously or for consideration.

9. At all times material, Edenberry Properties, LLC breached these duties by engaging in the following negligent acts, modes of operation, and/or omissions:

    a. Failing to properly maintain the premises of its establishment when it was foreseeable that failure to properly maintain or repair the premises could result in injury to individuals working in the building;

    b. failing to warn patrons on the subject premises of hidden dangers;

    c. failing to remedy or warn of dangerous or hazardous conditions which had existed for such a length of time that, in the exercise of ordinary care, Edenberry Properties, LLC should have been aware of same;

    d. Failing to remedy or warn of the dangerous condition despite having actual or constructive knowledge of same;

    e. to protect Plaintiff against unreasonable risk of physical harm, and

10. As a direct and proximate result of the negligent acts and/or omissions of Edenberry Properties, LLC, on or about October 1, 2019, Plaintiff was injured when she entered the restroom located on the subject premises, and a piece of plywood fell and struck her foot when the sink collapsed.

11. Plaintiff contends this hazardous condition was the result of;

    a. a defect in construction material which was used in the restroom;

    b. Edenberry Properties, LLC 's failure to its premises in good repair;

    c. negligence of Edenberry Properties, LLC 's employees and/or agents in maintaining the premises of its building;

    d. Edenberry Properties, LLC negligent selection and supervision of contractors who may have been responsible for the maintenance and repair of its premises.

12. As a direct and proximate result and/or concurring cause of the negligence of Defendant as described above, the Plaintiff, suffered great bodily injury and resulting physical pain and suffering, inability to prove her claim due to loss and/or destruction of evidence, disability, disfigurement, suffering

and disability, loss of the capacity for the enjoyment of life, expensive hospitalization, medical nursing care and treatment, loss of past earnings, loss of the ability to earn money in the future, and aggravation of an existing condition.  The losses are permanent in nature, and the Plaintiff will suffer said losses in the future.

13. Furthermore the negligent acts of Defendant have combined and resulted in an indivisible harm to Plaintiff, including bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

14. The actions of the Defendant further caused a bodily injury, to the Plaintiff which resulted in an aggravation of an existing disease or physical defect and/or activation of a latent disease or physical defect, which condition cannot be said would have existed apart from the injury, and therefore Plaintiff is entitled for damages for the entire injury or condition suffered.

WHEREFORE, the Plaintiff, demands jury trial and judgment for damages against Edenberry Properties, LLC, plus taxable costs and whatever other relief this Court deems just and proper.

Served with the Summons:

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
12550 Biscayne Boulevard
Suite 405
North Miami, Florida 33181
(t) (305) 901-2209
(f) (786) 870-4030


/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law